

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Platform II, LLC,

Vs. No. 11-18-00126-CV

Roxo Energy, LLC; Roxo Energy
Company, LLC; REC Leasing, LLC;
and REC Minerals, LLC,

\* From the 118th District Court
  of Howard County
  Trial Court No. 52426.

\* May 31, 2018

\* Per Curiam Memorandum Opinion
  (Panel consists of: Willson, J.,
  Bailey, J., and Wright, S.C.J.,
  sitting by assignment)

This court has considered Appellant's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Platform II, LLC.